```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
In the Matter of the Application of      :   15cv5016(DLC)
JEFFREY BALLABON,                        :
                                         :        ORDER
                    Petitioner,          :
                                         :
        -v-                              :
                                         :
STRAIGHT PATH IP GROUP, INC. f/k/a       :
INNOVATIVE COMMUNICATIONS                :
TECHNOLOGIES, INC.,                      :
                                         :
                    Respondent.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated at the conference of September 18, 2015, it is hereby

ORDERED that Petitioner's May 27, 2015 petition to vacate is denied.

IT IS FURTHER ORDERED that any amended petition to vacate shall be submitted by September 25, 2015. Respondent's opposition shall be submitted by October 9. Petitioner's reply, if any, shall be submitted by October 16.

Dated:   New York, New York
         September 18, 2015

                                    _____
                                           DENISE COTE
                                    United States District Judge